AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

United States of America
v.

Jason Green

)
)
)
)
)
)
)

Case No. **8: 14 MJ 1752 AEP**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 1, 2014, through the present___ in the county of ___Pinellas and elsewhere___ in the

___Middle___ District of ___Florida___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18:2261A(2) | Stalking |

This criminal complaint is based on these facts:

Please see the attached criminal complaint affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Shearn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___10/20/2014___

_____
*Judge's signature*

City and state: ___Tampa, Florida___

ANTHONY E. PORCELLI, U.S. Magistrate *Judge*
*Printed name and title*

## COMPLAINT AFFIDAVIT

I, Jason R. Shearn, a Special Agent with the Federal Bureau of Investigation, declare under penalty of perjury that the following is true and correct:

1.    I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Tampa, Florida Field Office, Pinellas Resident Agency. I have been employed with the FBI since August 2008, and have over six years of experience investigating white collar crime offenses. As an FBI Agent, I am charged with the duty of enforcing the laws of the United States of America, and possess the authority to request, obtain, and execute orders of the United States Courts. I have received extensive training in the investigation of extortion, internet crimes and fraud-related violations of federal statutes.   Prior to becoming an FBI Special Agent, I was a Certified Public Accountant.

2.    The facts set forth herein are based on my personal knowledge, my review of documents and records related to this investigation, my communications with others who have personal knowledge of the events and circumstances described herein, and knowledge gained through my training and experience.

## EXECUTIVE SUMMARY

3.    In this case, Jason Green, a resident of New Hampshire, is stalking a victim, who is in Tampa Division of the Middle District of Florida. Under 18 U.S.C. § 2261A(2), the government must show that (1) intent to harass, intimidate, or place under surveillance; (2) uses the mail, any interactive computer service or electronic communication service, or any other facility of interstate/foreign commerce; and (3) to engage in a course of conduct that causes, or attempts to cause, or would be

reasonably expected to cause substantial emotional distress to a person. Green has been threatening to release to the victim's colleagues and supervisors sexually explicit photographs of the victim, some of which were taken without her consent. In addition, he has been releasing on the internet sexually explicit images of the victim, including essentially watermarking them with her name and place of employment. According to the victim, Green has even posted a map to her current address. The victim has made clear that she believes Green follows through on his threats against her. Green also appears to have either assumed stolen identities (including the victim's identity) or created fictitious ones to communicate with and by effect threaten the victim.

**INVESTIGATION AND BACKGROUND**

4.     Jason Michael Green (hereinafter referred to as "Green") is an individual whom had a previous intimate relationship with the Victim, (hereinafter referred to as "V1") in this investigation. V1 is someone known to Green and your Affiant. Green is currently unemployed and residing with his parents at 1376 Acworth Rd., Charlestown, NH 03603 (hereinafter referred to as "PREMISES").

5.     Green has a criminal history which includes: 9/12/2001 Bellingham Police Department in Washington for trafficking in stolen property, sentence suspended; 4/11/2008 Brown County Sheriff's Office in South Dakota for driving under the influence (DUI) which was amended to reckless driving, sentence suspended; 2/6/2009 Snohomish County in Washington for domestic violence, status dismissed. Based on the 2009 domestic violence arrest, Green's ex-wife (hereinafter referred to as V2) filed for and has a current protection order for her and their minor daughter (hereinafter referred to as V3). Green is prohibited from purchasing or possessing a firearm.

2

Additionally, Green has two outstanding warrants out of Island County, Washington to include: contempt of court for a lack of child support payments and malicious mischief for a failure to appear.

6.     V1 is an individual whom recently graduated from medical school.  V1 is currently employed by St. Petersburg General Hospital in St. Petersburg, FL as an intern for the duration of one year.  Following V1's internship at St. Petersburg General Hospital, she will begin a one year internship at the Mayo Clinic in Rochester, MN.  V1 currently resides in St. Petersburg, FL.

7.     Green and V1 were previously in a relationship that lasted approximately nine months, ending in or around April 2014.  During their relationship, Green and V1 engaged in consensual sexual activity.  Additionally, V1 consented to Green photographing as well as video recording V1 in various states of nudity and sexual activity both individually and jointly.  Although the majority of the photographs and video recordings were consented to by V1, V1 has recently became aware of content that Green has either sent to her directly or that V1 has viewed on the Internet that V1 was not aware Green took nor possessed.  As such, some of the images and or video recordings were done without V1's consent.

8.     In approximately May 2014, V1 moved to St. Petersburg, FL to begin her internship at St. Petersburg General Hospital.

9.     Following V1's departure, Green remained for a short time in Washington, eventually relocating to his parent's residence in Charlestown, NH.

10.     Green has recently requested V1 mail any leftover belongings of Green that V1 may still possess and has given the Charlestown, NH address as the address

3

which he wants the belongings to be sent.  Additionally, on or about September 27, 2014, V1 received mail from Green with the return address of the Charlestown, NH address.

**Communications Accounts**

11.    V1 knows Green to utilize the cellular telephone number of 206-240-8571 and the e-mail addresses jasonmichaelgreen1979@gmail.com, everydayjonesmusic@gmail.com and everydayjones@gmail.com.

12.    V1 has reason to believe that Green routinely utilizes online aliases to include fake e-mail addresses, Facebook profiles, dating profiles, etc.  Said aliases may include but not be limited to runnershighstp@gmail.com, michelleharrispacu@gmail.com, anonymous4chan4@gmail.com and others.

13.    On September 24, 2014, E-mail provider Google was served with a preservation letter, pertaining to the e-mail accounts jasonmichaelgreen1979@gmail.com and everydayjones@gmail.com and michelleharrispacu@gmail.com.

14.    On September 30, 2014, E-mail provider Google was served with a preservation letter pertaining to the e-mail accounts everydayjonesmusic@gmail.com and runnershighstp@gmail.com.

**Harassing Communications**

15.    Following V1's relocation to St. Petersburg, FL, Green and V1 continued to converse via e-mails, social media, telephone, text message and in person.  Green visited V1 in St. Petersburg, FL on two separate occasions with the final visit on or around August 2014.

4

16.    During the second and final visit to St. Petersburg, FL, Green physically forced himself onto V1, although no injuries were sustained. V1 immediately demanded that Green leave her apartment and further demanded that the two not see nor communicate with each other anymore.

17.    V1 wished to and attempted to end the relationship officially and permanently, however, Green refused to stop communicating with V1 and became increasingly harassing and threatening in the tone and content of his e-mails.

18.    Beginning on or around August 20, 2014 and continuing until at least September 28, 2014, Green continued to call, text, e-mail, post Facebook messages and utilize other forms of Internet communication to contact, threaten and harass V1. Namely, Green threatened to send sexually explicit photographs and video recordings to V1's family, friends and employers in an attempt to besmirch the reputation of V1 and to potentially coerce V1 into communicating with Green again with the possibility of continuing their relationship.

19.    On August 27, 2014, at 11:40 AM, an e-mail from the e-mail address everydayjones@gmail.com was received by V1 with the Subject "stupid slut". The e-mail stated,

> "Btw, I'm mailing all of your porn pics to the director at Mayo and posting them all over the internet with your contact info and that you're a DO intern in St. Pete. Have fun explaining that you worthless slut. You want to be a submissive? You think you can treat me like shit? You have no clue who you just fucked with. Here's my dominance in full force, you piece of shit whore."

5

20.    On August 28, 2014 at 3:44 PM, an e-mail from the e-mail address jasonmichaelgreen1979@gmail.com was received by V1.  The e-mail stated in part,

*"Even though I hate you.  Even though I think you're lower than a piece of shit. Even though you're too chicken-shit to work through problems and you discard relationships (like your last two failed marriages).  Even though with one click and one email to Randy Shuck, Gregory James & Kimberly Sorrells, I could end your medical career (pictures of you doing chaturbate?), I won't…"*

21.    I performed a Google search of St. Petersburg General Hospital and found that Randy Shuck, Gregory James and Kimberly Sorrells are directors and officers of St. Petersburg General Hospital.

22.    I performed a Google search of Chaturbate and found that it is a website in which individuals perform various sex acts, via webcam, and are paid by their viewers. V1 and Green performed on Chaturbate for a short time during their relationship.

23.    On September 3, 2014, several e-mails from the e-mail address everydayjones@gmail.com were received by V1.  V1, for her part, responded to the e-mails by requesting that Green delete the sexually explicit content that involved her from his computer.  Green responded with messages that stated in part,

8:56 PM – *"I'm sorry, I won't delete your photos…"*

9:05 PM – *"I'm sorry.  I'm just not going to delete photos of you and I.  It's not about right or wrong…"*

9:12 PM – *"I'm not going to delete anything, V1.  You can call me and we can discuss this.  I haven't blocked you."*

6

9:20 PM – *"… You don't want to separate amicably? If that's the route you choose. Again, I am not deleting anything off of my computer."*

24.    On September 4, 2014, following the e-mail communications of both V1 and Green to each other, an e-mail from the e-mail address everydayjones@gmail.com was received by V1. The e-mail stated,

*"And if I continue to get communication from you, either directly or indirectly, I will have no qualms about sending the below pictures along with an explanation of your chaturbate experience to not only your director in St. Pete, but Mayo as well…"*

25.    The above e-mail was accompanied with ten attachments. The attachments were digital photographs which depict a nude V1 in front of a laptop. V1 advised Green took the photographs while they were on the Chaturbate website. Additionally, the photographs were "watermarked" with V1's name, title and current and future intern positions.

26.    On September 4, 2014, V1 made a complaint against Green to the St. Petersburg Police Department (hereinafter referred to as "SPPD"). During the intake of the complaint, SPPD Officer James Knight contacted Green via cell phone and admonished him for contacting V1 in a threatening and harassing manner. Green called Officer Knight several times and was rude and belligerent on the phone. Officer Knight felt that Green was trying to intimidate him by demanding to know his supervisor's identity.

27.    On September 4, 2014, following SPPD's contact with Green, Green contacted the Charlestown, NH Police Department (hereinafter referred to as "CPD").

7

Green stated he wanted to apply for an "online stalking order" due to V1 from Florida who was calling, texting and e-mailing him. CPD made contact with V1 who advised she did not wish to have any more contact with Green as she had received threatening e-mails from him.

28.     On September 5, 2014, V1 was notified by various individuals that there were websites that contained sexually explicit content as well as V1's personal information. V1 took screenshots of all of the material and subsequently requested the content be removed. A summary of the website and the content is below:

- Tumblr.com – Depicts a page that shows what appears to be a nude V1 with V1's name; city, state and zip code of residence; V1's e-mail address; V1's Facebook address; and V1's cell phone number. Beneath the contact information are several pictures of V1 in various states of nudity and sexual activity. There is also a picture depicting V1 in her white lab coat. Additionally, there two video recordings of V1 in various states of nudity and sexual activity.

- Reddit.com – Three hyperlinks that are categorized as nsfw (not safe for work) which are links to imgur.com. The three links are entitled "I love to [f]uck. PM me!", "V1's[1] uploaded images" and "V1[2]". Each show a "submitted by" as V1. Additionally, V1's Facebook address is depicted.

- Imgur.com – Depicts two nude images of V1 and includes V1's name, title and current employment.

---

[1] Note – the actual post contained V1's full name and not "V1's"
[2] Note – the actual post contained V1's full name and not "V1"

29.   On September 9 and 10, 2014, several e-mails from the e-mail address michelleharrispacu@gmail.com (hereinafter referred to as "Harris") were received by V1. V1 was previously unaware as to the identity of Harris and had not previously interacted with the individual.  In the first e-mail, Harris states in part,

"Hi.  You don't know me, but I know Jason Green very well…"

30.   Throughout the first e-mail, and continuing throughout the e-mail string, Harris claims to know Green well and is interested in helping V1 based on what Green had done to her.  Harris further states in part,

"…I'm aware of his atrocities last Friday or so (can't exactly remember the day). Despite me bitching him out and almost ending our friendship (who the hell puts pictures online?)…"

And,

"…Anyway, I know this might be a strange email and I hope you can keep this between us because I told him I wouldn't contact you…"

31.   V1 was suspect of Harris and believed it was an alias of Green.  V1 requested to speak with Harris via Skype or FaceTime in order to confirm Harris' identity.  Harris responded to this request by stating in part,

"Hi.  I don't use either and I'm out and about today…"

32.   As of at least September 18, 2014, until September 26, 2014, V1 discontinued replying to Green or anyone that she suspected may be an alias or fake user account of Green.  Despite V1's attempt to end communication, Green continued to send e-mails to V1.

33.    On September 25, 2014 an e-mail from the e-mail account everydayjonesmusic@gmail.com was received by V1. The e-mail stated in part,

"I know you're worried about images of you populating on the internet and me contacting your employers. Your images have been 100% deleted (all the inappropriate ones)..."

"...I am including a picture I just took that shows me in a compromising position with my face to give you security that I will never (like I said, I can't now that they are deleted) release pictures of you..."

34.    Attached to the above e-mail was a link to a "Google document" image titled IMG_4482.jpeg. I am aware that a Google document is related to Google Drive. I am further aware that an owner of a Google document can track how many times the document is viewed utilizing document statistics. The Google Drive web address is: https://docs.google.com/file/d/0B6iVHHuIJ87yQUhod1JKVTRzdzA/edit?usp=drive_web.

35.    On September 26, 2014, V1 performed a Google search of her name. V1 found that the domain www.V1.com[3] and www.V1.com/author/jasonjasongreenvideo-com/ were now active websites. V1 captured a screenshot of the contents of the website when she accessed it. Upon opening the website, the following was depicted: a "movie trailer green screen" which stated in part, *"THE FOLLOWING WEBSITE HAS BEEN APPROVED FOR SOME AUDIENCES BY THE "YOUR SHIT DOESN'T STINK" ASSOCIATION"*. Beneath the rating logo appeared *"COMING SOON!"*

36.    V1 then clicked on the movie trailer green screen which populated a GoogleMaps image of V1's current residence.

---

[3] Note – The actual website is V1's full name followed by .com and not "V1.com". For the purpose of this affidavit, the website will be referred to as "V1.com"

37.    On September 26, 2014, an e-mail from the e-mail account runnershighstp@gmail.com was received by V1. The e-mail address also displayed the name Tim Decon (hereinafter referred to as "Decon") beside it. V1 was previously unaware as to the identity of Decon and had not previously interacted with the individual. Decon sent V1 two e-mails with the subject "Wow....". The subject "Wow" was used throughout September 26 and 27 by everydayjonesmusic@gmail.com when conversing with V1. Decon stated,

"Just WOW. tim"

And,

"The way you act towards people. It blows me away."

38.    On September 28, 2014 the Charlestown Police Department in Charlestown, NH responded to the PREMISES based on a report that Green had attempted to commit suicide.

39.    The original affidavit and search warrant was applied for by SA Jason R. Shearn on October 1, 2014. The search warrant will be returned unexecuted because of a typographical error. The e-mail address everydayjones@gmail.com was shown as "everdayjones@gmail.com" (missing the "y" in every) in both the affidavit and Attachment A. The correction was made and the search warrant was re-applied for by SA Neil V. Palenzuela on October 3, 2014.

40.    On October 3, 2014, a search warrant was executed on Google Incorporated for the e-mail addresses jasonmichaelgreen1979@gmail.com, everydayjones@gmail.com, michelleharrispacu@gmail.com, everydayjonesmusic@gmail.com and runnershighstp@gmail.com, and the Google

11

Drive containing the image located at the Google Drive which contains the document located at:

https://docs.google.com/file/d/0B6iVHHuIJ87yQUhod1JKVTRzdzA/edit?usp=drive_web.

41.     On or around October 8, 2014, V1 returned to Green items she still had that belonged to him to include a jewelry box containing a family heirloom and a pair of shoes, both belonging to Green and previously left with V1. The items were mailed through FedEx from Saint Petersburg to the PREMISES.

42.     On October 8, 2014, an e-mail from the account everydayjones@gmail.com was received by V1.  The e-mail contained an approximately twenty minute audio recording from Green.  Green stated, in part,

> "...and if you mean scared as in your career or you know what I'm going to do next, um I want you to understand that I'm not going to do anything..."

And,

> "...I deleted the pictures.  They're not on my computer.  I don't have anything..."

And,

> "...I was in the hospital for about a week and a half um and when I got back um I noticed that your site had been altered and, and changed and, and um you know I had put up some pictures of, of us and, whether appropriate or not, I did..."

And,

> "...Um I'm not going to end your career.  I know how hard it is to get into medical school and I'm not, I'm not going to do anything like that.  Um did I have the ability? Um maybe, I don't know, but, and I know there's no legal recourse for

12

you. I, I read, I read that you wrote that. And I know that there's no legal recourse but I'm, I, it's something that I should have never done…"

43.     On or around October 9, 2014, V1 received several text messages from Green, cell phone number 206-240-8571. One such text message stated, in part,

"Thanks for the package…"

44.     On or around October 9, 2014, Green also sent to V1, via text message from cell phone number 206-240-8571, multiple nude pictures of himself as well as a video of himself masturbating. Accompanying the pictures and video was a message that stated,

"Here's something for your arsenal. It's reassurance that I won't send out images of you (not that I could, because I don't have any)"

45.     On October 9, 2014 an e-mail from the account canonshooterhdr@gmail.com was received by V1. Canonshooterhdr@gmail.com is an e-mail address known by V1 to be used by Green. The e-mail stated, in part,

"Fine. You don't want to respond to me? You want to continue to "have absolutely no contact with Jason whatsoever," then this is the letter I'll be sending tomorrow along with images of your Chaturbate experience. Have fun with a ruined life:…"

46.     The October 9, 2014 e-mail continues with a letter addressed to Mr. Robert B. Conroy, Jr. V1 has advised that Conroy is the CEO of St. Petersburg General Hospital. The e-mail stated, in parts,

*"This letter serves as a formal complaint against Dr. V1, a first year resident at St. Petersburg General Hospital.  V1 has been and continues, to my knowledge, to be involved in web pornography (www.chaturbate.com)..."*

And,

*"...This complaint is not only going to you, but also several other physicians at St. Petersburg General Hospital, as well as the Florida Board of Medicine..."*

And,

*"...I have included images obtained from V1's activities as these serve only to corroborate my letter..."*

47.     On October 10, 2014 an e-mail from the account anonymous4chan4@gmail.com was received by V1.  V1 has reason to believe that the e-mail account anonymous4chan4@gmail.com is an alias of Green based on the language and specific terms used in the e-mail, such as "homewrecker."[4]  Whether or not anonymous4chan4@gmail.com is actually an alias of Green does not appear to be of consequence as anonymous4chan4@gmail.com is acting as a proxy of Green by further sending harassing and threatening communications to V1. The e-mail contained nude images of V1 in .jpg format and stated, in part,

*"...Your images have been sent to me, all 353 of them, in a zip file.  I will be disseminating these images to thousands of websites.  When I will be doing this,*

---

4 This particular email account name raises a number of red flags. First, 4chan is an English-language website that allows users to post anonymously. It has appeared in a number of criminal investigations. On August 31, 2014, a large number of private photographs taken by celebrities were posted online. Many of the images were apparently initially posted on 4chan. Second, it has been reported, although it is not clear if it is accurate, that 4chan spawned the hacking group "Anonymous." The email sent is evocative of some of the activities with which that group has been associated.

*you will not know. It could be tomorrow, next week or next year. I promise you, these images will be in the public to high trafficked sites…"*

48.    On October 10, 2014 an e-mail from the account mikestoll5345@gmail.com was received by V1. Although V1 does not know anyone by the name of Mike Stoll, V1 has reason to believe the e-mail address mikestoll5245@gmail.com is an alias of Green. V1 has received e-mails from the e-mail account in the past and always seems to receive the e-mails when Green is about to or has done something inflammatory toward V1. The e-mail stated, in part,

*"your pics are all over the internet…."*

49.    On October 12, 2014, V1 was notified, via Google Alert that her name had been used on a website. V1 visited the site V1.com and found that the site was once again active. The website contained the aforementioned letter to the Directors of St. Petersburg General Hospital entitled *"Open Letter to St. Petersburg Gen Hospital Directors"*. Additionally, the website contained V1's personal information to include her current employment, future employment, a photograph roster of St. Petersburg General Hospital interns with arrows pointing to V1, information on her performing on the website Chaturbate.com and multiple galleries of photographs of V1 in various states of nudity and sexual activity. One photograph also contained a caption which stated,

*"\*you want to ruin my life, V1? Consider your life now ruined, bitch!\*"*

50.    On October 12, 2014 V1 sent a text message to Green's father and asked him to intercede to have the aforementioned website taken down. V1 noted the website was taken down for a span between October 12, 2014 and October 13, 2014 when it became active again.

15

51.    On October 13, 2014 an e-mail from the account anonymous4chan4@gmail.com was received by V1. The e-mail contained a photograph of V1 and friends that was recently taken and placed on V1's newly created, legitimate and private Facebook account. The e-mail stated, in part,

> "I have sent a link to your nude images to every single person in your residency class as well as random guys that work at your hospital…"

And,

> "…Offer a sincere apology to Jason and explain why you did what you did to him and I can get your site taken down. Continue to be a fucking cunt and it will remain up…"

52.    On October 13, 2014 an e-mail from the account anonymous4chan4@gmail.com was received by V1. The e-mail contained eleven current employees of St. Petersburg General Hospital.

53.    On October 13, 2014 an e-mail from the account anonymous4chan4@gmail.com was received by V1. The subject of the e-mail was "don't want to acknowledge my emails?". The body of the e-mail stated, in part,

> "Then I bet V1's father[5] would like to get your pictures in the mail"

The e-mail further contained V1's parent's home address.

54.    On October 13, 2014 V1 received a Facebook friend request from "V1" which contains a profile picture of V1. V1 did not accept the friend request, however was notified by at least seven co-workers at St. Petersburg General Hospital that they had received friend requests. The co-workers accepted the friend request, believing that it was actually V1. Upon accepting the friend request, each of the co-workers

---

[5] Note – The e-mail depicted V1's father's actual name and not "V1's father"

16

received a Facebook message with a link to www.V1.com.  Some of those co-workers clicked on the link and were taken to www.V1.com which contained, amongst other items, nude photographs of V1.

55.   On October 14, 2014 I performed a Whois search for the domain name www.V1.com.  According to the registrar data, the domain's registrar is FastDomain Inc. with the reseller, BlueHost.com.  The IP address of the site is 69.89.31.180.

56.   On October 14, 2014 V1 notified me that Green had just updated www.V1.com.  I went to the website and was able to print the contents.  The site contained several images of Green and his infant daughter and stated, in part,

"...Now *I* am at my parent's house, lonely and depressed ..."

And,

"...While I could easily put your pornographic images on this site and embarrass the shit out of you, I think I'll just let Karma play thing out.  I hope that it not only screws you, but that it scars you for years to come..."

57.   The aforementioned e-mail messages, website posts, and additional unmentioned communications have caused V1 severe stress.  V1 complains she has been unable to sleep on a nightly basis as she is unsure what Green will do next and what he is further capable of.  Additionally, the website post in which a Google image of V1's residence was displayed has caused V1 to be in fear of physical danger.

58.   As of October 17, 2014 I have yet to receive the search warrant return from Google which was executed on October 3, 2014.  The information sought, includes, but is not limited to the IP log information which will establish the location in which Green is transmitting the harassing and threatening communication.  Despite not

17

receiving the information as of yet, all information leads to Green communicating with V1 at the PREMISES. Information establishing this location as where Green is based includes, but is not limited to: Green previously sent V1 a handwritten letter with the residence as the return address; Charlestown Police Department responded to the residence on September 28, 2014 when it was reported that Green attempted suicide; V1 sent Green's belongings to the residence on or about October 8, 2014 which Green subsequently acknowledged receiving; Green is currently unemployed and does not allude to leaving the house in any of his communication.

59.    On October 15, 2014 I served a Federal Grand Jury subpoena on Comcast Communications for the subscriber information, IP address and IP address history for the residence located at the PREMISES.

60.    On October 15, 2014, Comcast Communications provided a subpoena response. The subscriber name for the high speed internet service is Mark Green, service address 1376 Acworth Rd, Charlestown, NH 03603. As of the date of response, the current IP address is 65.96.55.226. Additionally, this has been the assigned IP address from September 15, 2014 through the date of the subpoena, October 15, 2014.

61.    On October 16, 2014 search warrants were executed on Google Incorporated for e-mail addresses jasonmichaelgreen1979@gmail.com, everydayjones@gmail.com, michelleharrispacu@gmail.com, everydayjonesmusic@gmail.com, runnershighstp@gmail.com, anonymous4chan4@gmail.com, canonshooterhdr@gmail.com, mikestoll5345@gmail.com and the Google Drive located at https://docs.google.com/file/d/0B^iVHHuIJ87yQUhod1JKVTRzdzA/edit?usp=drive_web

18

all; Facebook Incorporated for all accounts in the name of V1; and BlueHost Incorporated for the website www.V1.com.

62. On October 17, 2014 BlueHost Incorporated returned a portion of the search warrant results to include the web server logs associated with the website www.V1.com which is hosted by BlueHost. Per the web server logs, the individual who posted content and otherwise altered the website for the aforementioned dates of September 26, 2014, October 12, 2014 and October 14, 2014 connected utilizing the IP address of 65.96.55.226. This is the same IP address assigned to the residence located at the PREMISES throughout the same time period. Additionally, the IP address 65.96.55.226 remains assigned to the residence as of October 15, 2014.

63. On October 17, 2014, Facebook Incorporated returned documentation in relation to the previously served search warrant for any and all accounts opened in the name V1. One such account registered on October 13, 2014 and disabled on October 15, 2014 with the account number 100007759036546. The account had a registered e-mail address of michelleharrispacu@gmail.com which was utilized on multiple occasions to converse with V1 and is further detailed above. The IP history of the account from October 13, 2014 through October 15, 2014 is primarily made up of 65.96.55.226 which was and still is the IP address assigned to the PREMISES. Additionally, there are several friend requests by the account to individuals who are known to me to be co-workers of V1 at St. Petersburg General Hospital.

64.    The facts and circumstances set forth herein are probable cause that

Jason Green violated Stalking (18 USC § 2261A(2)).

Sworn to and subscribed before me this **20** day of October, 2014.

_____
Special Agent Jason R. Shearn
Federal Bureau of Investigation

_____
ANTHONY E. PORCELLI
United States Magistrate Judge